```
UNITED STATES BANKRUPTCY COURT            Hearing: 12/13/2017
EASTERN DISTRICT OF NEW YORK
------------------------------------X
In re
                                          AFFIRMATION
JATINDER SINGH                            OF VERIFICATION OF
                                          MORTGAGE PAYMENTS
                                          Case No.: 17-44817

                DEBTOR
------------------------------------X
```

RICHARD S. FEINSILVER, an attorney duly admitted to practice before this Court, affirms that the following is true under the penalty of perjury:

1. The debtor(s) filed a petition under Chapter 13 of the Bankruptcy Code on September 17, 2017.

2. Debtors' obligation to remit post petition loan payments encumbering the debtor's NYC Taxi Medallion, held by All Boro Funding, commenced October 1, 2017.

3. On December 11, 2017, my office contacted the bankruptcy department of All Boro, and was advised by a member of their staff that the debtor has remitted his post petition loan payments on his Taxi Medallion Loan through December 2017 and he is now due for his January 2018 payments - see attached.

Dated: December 11, 2017
       Carle Place, New York          s/Richard S. Feinsilver
       
                                      _____
                                      RICHARD S. FEINSILVER
                                      Debtor's Attorney

**ALL BORO FUNDING LLC**
**330 MCGUINNESS BLVD**

**BROOKLYN, NY 11222**

| CURRENT PAYMENT | $3,782.08 |
|---|---|
| PAST DUE AMOUNT | $0.00 |
| LATE CHARGES | $0.00 |
| OTHER CHARGES | $0.00 |
| TOTAL PAYMENT DUE | $3,782.08 |
| DATE PAYMENT DUE | 01/01/18 |

December 08, 2017

IF YOU HAVE ANY QUESTIONS
ABOUT YOUR ACCOUNT, CALL:
(718) 349-8448

VARINDER & JATI SINGH
84-12 252ST
BELLROSE    NY  11426

IF THE AMOUNT DUE IS
NOT RECEIVED BY 01/10/18
A LATE CHARGE OF $189.10
WILL BE ASSESSED

| RCD DATE | DUE DATE | AMT RECD | LATE PAID | NSF FEES | INT PAID | IMPOUNDS | PRINCIPAL |
|---|---|---|---|---|---|---|---|
| 11/01/17 | 11/01/17 | $3,783.00 | $0.00 | $0.00 | $2,182.75 | $0.00 | $1,600.25 |
| 12/01/17 | 12/01/17 | $3,782.00 | $0.00 | $0.00 | $2,107.33 | $0.00 | $1,674.67 |

CURRENT BALANCE: $672,672.41

Please return this bottom portion with your payment and keep the top portion for your records

Please indicate below any changes in your address

VARINDER & JATI SINGH
84-12 252ST
BELLROSE    NY  11426
(000) 000-0000    (000) 000-0000

**ALL BORO FUNDING LLC**
**330 MCGUINNESS BLVD**

**BROOKLYN, NY 11222**

| ACCOUNT NUMBER | 96R |
|---|---|
| DATE PAYMENT DUE | 01/01/18 |
| AMOUNT DUE | $3,782.08 |

Please make your check or money order payable to
All Boro Funding LLC
and write your account number on your check or
money order. Thank you

| AMOUNT ENCLOSED | |
|---|---|